UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6682, **US v. Ronald Doerrer**
(7:14-CR-00013-FL-1)

**INFORMAL BRIEF**

1. **Jurisdiction (for appellants/petitioners only)**
   A. Name of court or agency from which review is sought:
   B. Date(s) of order or orders for which review is sought:

   **RESPONSE:** This question does not require a response from the appellee.

2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
   Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

   **RESPONSE:** Information not available to appellee.

3. **Issues for Review**
   Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

   **RESPONSE:** The district court properly considered the asserted grounds for relief, correctly decided the facts, and applied the correct law. There are no issues for review.

4. **Relief Requested**
   Identify the precise action you want the Court of Appeals to take:

   **RESPONSE:** The appellee requests that the Court of Appeals affirm the district court's ruling.

5. **Prior appeals (for appellants/petitioners only)**
   A. Have you filed other cases in this court?
   B. If you checked YES, what are the case names and docket numbers for those appeals and what the ultimate disposition of each?

   **RESPONSE:**   This question does not require a response from the appellee.


This 21st day of June, 2016.

                                        JOHN STUART BRUCE
                                        Acting United States Attorney

                                        /s/ Joshua B. Royster
                                        JOSHUA B. ROYSTER
                                        Assistant United States Attorney
                                        Civil Division
                                        310 New Bern Avenue, Suite 800
                                        Raleigh, NC 27601-1461
                                        Telephone: (919) 856-4530
                                        Facsimile: (919) 856-4821
                                        Email: josh.royster@usdoj.gov
                                        NC Bar #28785
                                        Attorney for Appellee

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 21st day of June, 2016, I have served a copy of the foregoing Appellee Informal Response Brief via U.S. Mail to: Ronald Doerrer, #58455-056, Federal Prison Camp, PO Box 1000, Butner, NC  27509.

/s/ Joshua B. Royster
JOSHUA B. ROYSTER
Assistant United States Attorney
Civil Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (9l9) 856-4530
Facsimile: (919) 856-4821
Email: josh.royster@usdoj.gov
NC Bar #28785
Attorney for Appellee